

**SIGNED THIS 13th day of August, 2021**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SHD, LLC, | Case No. 20-50831-RBC |
| Debtor.[1] | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY WOODS ROGERS PLC,
<u>COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION</u>**

This matter came before the Court upon the *First and Final Application for Compensation and Reimbursement of Expenses by Woods Rogers PLC, Counsel for the Debtor and Debtor in Possession* (the "<u>Application</u>") (Docket No. 87) filed by Woods Rogers PLC ("<u>WR</u>"). Upon consideration of the Application and the record of this chapter 11 case; and it appearing that this Court has jurisdiction to

---

[1] The Debtor in this Chapter 11 Case and the last four digits of its taxpayer identification number is as follows: SHD, LLC (5724).

---

Michael E. Hastings (Virginia Bar No. 36090)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia  24011
T:  540.983.7568
F:  540.322.3417
e-mail:mhastings@woodsrogers.com

*Counsel for the Debtor and Debtor in Possession*

consider the Application pursuant to 28 U.S.C. §§ 1334 and 157; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this chapter 11 case and of the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Application has been given under the circumstances, and that no other or further notice need be given; and that no objections have been filed; and that WR and the Office of the United States Trustee agreed to reduce the amount of fees allowed by the amount of $6,000.00; and upon the proceeding before the Court; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

A. The Application is hereby APPROVED and the fees and expenses are hereby ALLOWED on a final basis as stated herein.

B. Compensation in the amount of $ 92,689.50 for professional services rendered to the Debtor from and including November 30, 2020 through and including May 25, 2021, and reimbursement of expenses in the amount of $197.83 is hereby ALLOWED on a final basis. The Debtor is authorized to pay 100% of the approved fees in the amount of $ 92,689.50 and 100% of the approved expenses in the amount of $197.83 on a final basis; provided, however, notwithstanding the foregoing the Debtor shall not pay such allowed amounts until sufficient funds have been deposited into the Debtor-In-Possession account to pay the allowed amounts of WR as well as the other anticipated administrative expenses of estate including, but not limited to, those of Elmore, Hupp & Company, P.L.C. and the quarterly fees owed or reasonably anticipated to be owed to the United States Trustee.

C. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

D. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**End of Order**

WE ASK FOR THIS:

/s/ Michael E. Hastings
Michael E. Hastings (Virginia Bar No. 36090)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia  24011
T:  540.983.7568
F:  540.322.3417
e-mail:mhastings@woodsrogers.com

> *Counsel for the Debtor and Debtor in Possession*

SEEN AND AGREED:

/s/ Joel Charboneau
Joel Charboneau, Esq.
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
T:  540.857.2806
e-mail: joel.charboneau@ust.doj.gov

3